In the Matter of JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DONNA M. MANSILLA, Respondent, v SANTOS MANSILLA, Appellant. [649 NYS2d 868] —Order unanimously affirmed without costs for reasons stated in decision at Jefferson County Family Court, Frank, H. E. (Appeal from Order of Jefferson County Family Court, Hunt, J.—Arrears.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.